No. 09–11541. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11544. PICKELHAUPT *v.* JACKSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–11545. POSTELL *v.* BANK OF CENTRAL FLORIDA ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 09–11547. SPATES *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 09–11548. RODRIGUEZ-DURAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11549. ROMANES *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11550. BERGMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–11551. ADAMS *v.* FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 09–11552. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11553. TYSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11554. VANDENBERG *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 09–11555. MOSLEY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 09–11557. RODRIGUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09–11558. CHAPMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.